ACCEPTED
05-14-01180-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/8/2015 9:22:59 AM
LISA MATZ
CLERK

# APPELLATE NO. 05-14-01180-CV

# IN THE FIFTH COURT OF APPEALS

# DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

7/8/2015 9:22:59 AM

LISA MATZ
Clerk

# SHERRY RHODES

# V.

# JAMES ANDREW AIKENS AND NANCY AIKENS

# IN THE INTEREST OF M.A.A.

---

## REQUEST PERMISSION TO ENTER

## FIRST CORRECTED AMENDED APPELLANT'S BRIEF FILED JUNE 30, 2015

## (duly filed July 8, 2015)

---

**Sherry Rhodes**
**2001 Logan's Pointe**
**Mount Vernon, Texas  75457**
**214 530 7501**

TO THE HONORABLE OF COURT OF APPEALS:

Comes Now, Sherry Rhodes, Appellant, pursuant to Texas Rules of Appeals 38 and respectfully request the Court allow the filing of the First Corrected Amended Appellants Brief filed on June 30, 2015, which has been duly filed this 8th day of July 2015. In support of her request, Appellant show unto the Court:

1. As instructed by this Court, Rhodes filed an Amended Appellant's brief on or before June 30, 2015, which was filed of record on June 30, 2015.

2. Appellant has discovered the following potential defects she would like to correct or amend:

a. Add the required "Appendix" to the document inadvertently left off, and it's reference addition to the Table of Contents.

b. Add a copy of the original Affidavit attached to the Original brief filed March 20, 2015 which was inadvertently left off this amended brief. And to include it's reference on page 45 as Exhibit A-2.

3. No change of content issue, and no other changes are made other than to effectuate the change listed above.

4. This request is not filed in order to delay or hamper these proceedings.

5. Change is an inadvertent err and should not act as surprise to Appellees.

Wherefore, Appellant respectfully requests the Court grant permission to file the First Correction of the Amended Appellant's Brief filed June 30, 2015.

Submitted this the 8ᵗʰ day of July, 2015.

/s/ Sherry Rhodes_____
Sherry Rhodes, Appellant Pro Se
2001 Logan's Pointe
Mount Vernon, Texas 75457
srhodes009@gmail.com

Certificate of Conference

Pursuant to Texas Rules of Appellate Procedure 10.1, I certify that I am Appellate Pro Se and that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this Request with the following results:  It is presumed that all are opposed, save Breena Nichols Rhodes who is unopposed.

/s/ Sherry Rhodes_____

Certificate of Services

I do hereby certify that on July 8, 2015, I have faxed or mailed a copy of this Request to all parties at the last known addresses or via efile, or to counsels by First Class Mail.

/s/ Sherry Rhodes_____